COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Ex parte Jorge Mazuera

Appellate case numbers:   01-21-00612-CR, 01-21-00613-CR, 01-21-00614-CR,
                          01-21-00615-CR, 01-21-00616-CR, 01-21-00617-CR,
                          01-21-00618-CR, 01-21-00619-CR, 01-21-00620-CR,
                          01-21-00621-CR

Trial court case number:  1744133, 1744135, 1744136, 1744137, 1744138, 1744139, 1744140,
                          1744141, 1744143, 1744144

Trial court:              338th District Court of Harris County, Texas

Appellant, Jorge Mazuera, has filed notices of appeal of the trial court's orders denying in part his pretrial applications for writ of habeas corpus. The Court will consider briefing in this appeal. *See* TEX. R. APP. P. 31.1(b).

Appellant is ordered to file a brief[1] **within 20 days from the date of this order**. *See* TEX. R. APP. P. 31.1(a), (b), 38.6(a). The State's brief, if any, will be due no later than 20 days from the date appellant's brief is filed.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                          Acting individually

Date: February 3, 2022

---

[1]      Appellant may file one brief that applies to all of his appeals.